UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In re:

MARK ANTHONY CHABAN,

        Debtor.
_____/

Case No.: 14-52133-wsd
Chapter 7
Hon. Walter Shapero

FRED H. FREEMAN, AS ASSIGNEE OF
DOABA TRUCK STOP, INC., ET AL.

        Plaintiffs,

v.

MARK ANTHONY CHABAN,

        Defendant.
_____/

Adv. Pro. No.: 14-05126

### ORDER AFFIRMING STANDING OF PLAINTIFF FREEMAN

For the reasons set forth in the Court's contemporaneously issued Opinion,

**IT IS HEREBY ORDERED** that Plaintiff, Fred H. Freeman has standing to pursue this adversary proceeding.

**Signed on April 28, 2015**

                                                          **/s/ Walter Shapero**
                                                          **Walter Shapero**
                                                          **United States Bankruptcy Judge**